09-4200-pr
Morales v. Dzurenda

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

# SUMMARY ORDER

Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1. When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the thirtieth day of June, two thousand and ten.

PRESENT:

> ROGER J. MINER,
> JOSÉ A. CABRANES,
> RICHARD C. WESLEY,
> > *Circuit Judges.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
AGUSTIN MORALES,

> *Plaintiff-Appellant,*

> v.                                                                No. 09-4200-pr

JAMES DZURENDA, Warden, I/O, and PINTO, CO, I/O,

> *Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FOR PLAINTIFF-APPELLANT:**          Agustin Morales, *pro se*, Newtown, CT.

**FOR DEFENDANTS-APPELLEES:**          Ann E. Lynch, Assistant Attorney General (Richard Blumenthal, Attorney General, *on the brief*), Office of the Attorney General, Hartford, CT.

1

Appeal from a September 8, 2009 judgment of the United States District Court for the District of Connecticut (Christopher F. Droney, *Judge*).

**UPON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED**.

Plaintiff-appellant Agustin Morales ("plaintiff" or "Morales"), *pro se*, appeals from a summary judgment of the District Court entered in favor of defendants-appellees. The District Court granted summary judgment on plaintiff's claim brought pursuant to 42 U.S.C. § 1983 upon concluding that plaintiff failed to exhaust his administrative remedies. We assume the parties' familiarity with the remaining factual and procedural history of the case.

We review a district court's grant of summary judgment *de novo*, construing the evidence in the light most favorable to the non-moving party. *See Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300 (2d Cir. 2003). We also review *de novo* a district court's determination that a plaintiff failed to exhaust administrative remedies under the Prison Litigation Reform Act ("PLRA"). *See Johnson v. Rowley*, 569 F.3d 40, 44 (2d Cir. 2009).

The PLRA requires that prison inmates exhaust administrative remedies prior to seeking relief in federal court. *See* 42 U.S.C. § 1997e(a). The Act requires "'proper exhaustion,' which 'means using all steps that the agency holds out, and doing so *properly* (so that the agency addresses the issues on the merits).'" *Hernandez v. Coffey*, 582 F.3d 303, 305 (2d Cir. 2009) (quoting *Woodford v. Ngo*, 548 U.S. 81, 90 (2006)). We have explained that failure to exhaust may be excused only where: (1) administrative remedies were not in fact available; (2) prison officials have forfeited, or are estopped from raising, the affirmative defense of non-exhaustion; or (3) "special circumstances . . . justify the prisoner's failure to comply with administrative procedural requirements." *Hemphill v. New York*, 380 F.3d 680, 686 (2d Cir. 2004) (internal quotation marks omitted).

Upon *de novo* review, we agree with the District Court that plaintiff failed properly to exhaust his administrative remedies, and did not demonstrate special circumstances sufficient to excuse his failure to exhaust. *See id.* Accordingly, we affirm the judgment of the District Court substantially for the reasons stated in its thorough and well-reasoned Ruling on Defendant's Motion for Summary Judgment. *See* App. 10-22 (*Morales v. Dzurenda*, No. 3:07-cv-1220, Docket Entry No. 37 (D. Conn. Sept. 8, 2009)).

## CONCLUSION

We have considered all of plaintiff's arguments and find them to be without merit. For the foregoing reasons, the judgment of the District Court is **AFFIRMED**.

FOR THE COURT,
Catherine O'Hagan Wolfe, Clerk of Court